UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
04-CV-4549(JMR/RLE)

| | |
|---|---|
| Ronald L. Greer, II ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| State of Minnesota, David ) | |
| Corbo ) | |

Petitioner objects to the Report and Recommendation, issued February 15, 2006, by the Honorable Raymond L. Erickson, United States Magistrate Judge. The Magistrate recommended dismissing the petition for a writ of habeas corpus in this case. Petitioner's objections to the Report were timely filed, pursuant to Local Rule 72.2(b). Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation [Docket No. 14].

The Court has also considered whether it is appropriate to issue a Certificate of Appealability ("COA"). See Tiedeman v. Benson, 122 F.3d 518 (8th Cir. 1997). The Court concludes that a COA shall issue in this case. Accordingly, IT IS ORDERED that:

1. The Petition for a Writ of Habeas Corpus [Docket No. 1] is dismissed with prejudice.

2. A Certificate of Appealability will be issued as to all claims in this case.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 5th, 2006

    s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge